**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | CASE NO. 2:23-cv-00401-JRG-RSP (Lead Case) |
| YUM! BRANDS, INC. | § § § | JURY TRIAL DEMANDED |
| Defendants. | § § § | |
| ANALYTICAL TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § § | CASE NO. 2:23-cv-00402-JRG-RSP (Member Case) |
| INSPIRE BRANDS, INC. | § § § | JURY TRIAL DEMANDED |
| Defendant | § § § § § | |

**STIPULATED DISMISSAL BETWEEN**
**ANALYTICAL TECHNOLOGIES, LLC AND YUM! BRANDS, INC.**

Plaintiff Analytical Technologies, LLC (hereinafter "AT") and Defendant YUM! Brands, Inc. (hereinafter "YUM"), pursuant to Fed. R. Civ. P. 41, hereby stipulate to an order dismissing WITH PREJUDICE all claims for relief against YUM in lead case 2:23-cv-00401-JRG, with each party to bear its own attorneys' fees, costs of court and expenses.

A proposed ORDER GRANTING STIPULATED DISMISSAL BETWEEN ANALYTICAL TECHNOLOGIES, LLC AND YUM! BRANDS, INC. is attached hereto.

2

Dated: January 25, 2024

By: */s/ Donald R. McPhail*
Donald R. McPhail (*admitted*)
OBLON, MCLELLAND, MAIER
 & NEUSTADT LLP
1940 Duke Street
Alexandria, VA 22314
dmcphail@oblon.com
Telephone: 703-413-3000
Facsimile: 703-413-2220

**Counsel for Analytical Technologies, LLC**

Respectfully submitted,

By: */s/ Robert L. Lee*
   Robert L. Lee (GA Bar No. 443978)
   Shaleen J. Patel (GA Bar No. 295554)
   ALSTON & BIRD LLP
   1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309
   Telephone: 404-881-7635
   Facsimile: 404-881-7777
   bob.lee@alston.com
   shaleen.patel@alston.com

**Counsel for Defendant Yum! Brands, Inc.**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                  */s/ Diana Bowen*