**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YUM! BRANDS, INC. <br><br> Defendants. | § § § § § § § § § § § § | CASE NO. 2:23-cv-00401-JRG-RSP <br> (Lead Case) <br><br> JURY TRIAL DEMANDED |
| ANALYTICAL TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> INSPIRE BRANDS, INC. <br><br> Defendant | § § § § § § § § § § § § § § § | CASE NO. 2:23-cv-00402-JRG-RSP <br> (Member Case) <br><br> JURY TRIAL DEMANDED |

**STIPULATED DISMISSAL BETWEEN
ANALYTICAL TECHNOLOGIES, LLC AND INSPIRE BRANDS, INC.**

Plaintiff Analytical Technologies, LLC (hereinafter "AT") and Defendant Inspire Brands, Inc. (hereinafter "Inspire"), pursuant to Fed. R. Civ. P. 41, hereby stipulate to an order dismissing WITH PREJUDICE all claims for relief against Inspire in member case 2:23-cv-00402-JRG, with each party to bear its own attorneys' fees, costs of court and expenses.

A proposed ORDER GRANTING STIPULATED DISMISSAL BETWEEN ANALYTICAL TECHNOLOGIES, LLC AND INSPIRE BRANDS, INC. is attached hereto.

| | |
|---|---|
| Dated: January 25, 2024 | Respectfully submitted, |
| By: */s/ Donald R. McPhail* <br> Donald R. McPhail (*admitted*) <br> OBLON, MCLELLAND, MAIER <br>  & NEUSTADT LLP <br> 1940 Duke Street <br> Alexandria, VA 22314 <br> dmcphail@oblon.com <br> Telephone: 703-413-3000 <br> Facsimile: 703-413-2220 <br><br> ***Counsel for Analytical Technologies, LLC*** | By: */s/ Robert L. Lee* <br>   Robert L. Lee (GA Bar No. 443978) <br>   Shaleen J. Patel (GA Bar No. 295554) <br>   ALSTON & BIRD LLP <br>   1201 West Peachtree Street, Suite 4900 <br>   Atlanta, GA 30309 <br>   Telephone: 404-881-7635 <br>   Facsimile: 404-881-7777 <br>   bob.lee@alston.com <br>   shaleen.patel@alston.com <br><br> ***Counsel for Defendant Inspire Brands, Inc.*** |

## CERTIFICATE OF SERVICE

      I hereby certify that on January 25, 2024 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

                                                      */s/ Diana Bowen*